**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert Hanson, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

Sanford Health Corp.,

Defendant.

Case No. 25-cv-3129-PJS-LIB

**Defendant Sanford Health Corp.'s Rule 12 Motion to Dismiss**

Defendant Sanford Health hereby moves the Court to dismiss Counts I, II, III, IV, and V of Plaintiff's Complaint. Counts I-V fail to state a claim upon which relief may be granted and Defendant is entitled to judgment as a matter of law. This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6).

This motion is based upon Defendant's memorandum of law in support of dismissal, supporting declaration and exhibits, and all files, records, and pleadings, the arguments of counsel, and any additional argument, evidence, or briefing as may be presented.

Dated: September 22, 2025

**Larson · King LLP**

By *s/ Shawn M. Raiter*

Shawn M. Raiter (0240424)
Zane P. Aubert (0402523)
Alex Baker Kroeger (0400604)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
zaubert@larsonking.com
akroeger@larsonking.com

**Attorneys for Defendant Sanford Health Corp.**