**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert Hanson, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

Sanford Health Corp.,

Defendant.

Case No. 25-cv-3129-PJS-LIB

**Meet-And-Confer Statement**

---

I, Shawn M. Raiter, representing the Defendant hereby certifies that:

I met and conferred with Plaintiff's counsel Rachel Tack, on September 22, 2025 regarding Defendant's Motion to Dismiss. As a result of the meet-and-confer, the parties:

☑ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

Dated: September 22, 2025

**Larson · King LLP**

By *s/ Shawn M. Raiter*
Shawn M. Raiter (0240424)
Zane P. Aubert (0402523)
Alex Baker Kroeger (0400604)
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
zaubert@larsonking.com
akroeger@larsonking.com

**Attorneys for Defendant Sanford Health Corp.**